B. FRANK PERHAM, Individually and as Administrator, etc., Appellant, v. JENNIE W. COTTLE, Individually and as Executrix, etc., and Others, Respondents.— Order affirmed, with costs. All concurred.

JENNIE M. CLARK, as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

WILLIAM H. EDWARDS and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK and Another, Appellants.— Judgment affirmed, with costs. All concurred.

ELIZABETH M. BAXTER, Respondent, v. HARRY M. DEKAY, Appellant.— Judgment affirmed, with costs. All concurred; Kruse, P. J., not sitting.

MACE MURGITTROYD, Appellant, v. TOWN OF LYSANDER and Another, Respondents.— Judgments affirmed, with costs. All concurred.

ROMAN B. WENZ, as Administrator, etc., Respondent, v. FRANCISCAN FATHERS OF THE CHURCH OF THE ASSUMPTION and Another, Impleaded with MARIE SCHULTZ, Appellant.— Judgment and order of County Court reversed, and judgment of Municipal Court affirmed, with costs in this court and the County Court. All concurred, except Foote and Merrell, JJ., who dissented upon the ground that the judgment of the Municipal Court was properly reversed as against the weight of the evidence. (See post, p. 955.)

RALPH R. MILLER, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Judgment and order reversed and complaint dismissed, with costs. Held, that the evidence did not justify a finding by the jury that the defendant wantonly, willfully or recklessly operated its train, resulting in plaintiff's injury. All concurred, except De Angelis, J., who dissented and voted for affirmance.

HERMAN HIGGS, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

BOLISTAW MIEDUSZEWSKI, an Infant, by MICHAEL WINISKI, His Guardian ad Litem, Respondent, v. THE DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant.— Order affirmed, with costs. All concurred.

MICHAEL MARTIN, Respondent, v. SECURITY INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CATHERINE SHIELDS, Appellant, v. GEORGE W. TUNNICLIFF and Others, Respondents.— Judgment and order affirmed, with costs. All concurred. ·

EVA BRAGAN, Respondent, v. SYRACUSE LIGHTING COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LULU BLANSETT, and Another, as Administrators, etc., Respondents, v. CHARLES A. HINKLEY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CLYDE MASON, Respondent, v. JOHN JEPSON, Appellant.— Motion granted and appeal dismissed, with costs.

H. P. SICKELS COMPANY, Appellant, v. McCURDY & NORWELL COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.